UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE JOHNSON,<br>                                Plaintiff,<br>-against-<br>GRAPHITE SOLUTIONS INC.,<br>                                Defendant. | 1:25-cv-05978 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On September 22, 2025, the Court ordered Plaintiff to show cause by October 6, 2025 as to why this case should not be dismissed for failure to properly plead subject matter jurisdiction. ECF No. 6; *Makarova v. United States*, 201 F.3d 110, 113 (2d Cir. 2000) ("A plaintiff asserting subject matter jurisdiction has the burden of proving by a preponderance of the evidence that it exists."), *cert. denied*, 140 S. Ct. 1117 (2020). Such showing was not made. Accordingly, this case is dismissed without prejudice for lack of subject matter jurisdiction. *See Veras v. Sirawan Transportation, Inc.*, 501 F. Supp. 3d 142, 143 (E.D.N.Y. 2020) (dismissing case for failure to respond to Order to Show Cause regarding subject matter jurisdiction).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). The Clerk of Court is respectfully directed to mail Plaintiff this Order and enter judgment in this case.

**SO ORDERED.**

Dated:   October 7, 2025
            New York, New York

                                                              **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**