## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

DANIELLE JOHNSON,

                        Plaintiff,                            25 **CIVIL** 5978 (ALC)

        -against-                                  **JUDGMENT**

GRAPHITE SOLUTIONS INC.,

                        Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated October 7, 2025, this case is dismissed without prejudice for lack of subject matter jurisdiction. See Veras v. Sirawan Transportation, Inc., 501 F. Supp. 3d 142, 143 (E.D.N.Y. 2020) (dismissing case for failure to respond to Order to Show Cause regarding subject matter jurisdiction). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

**Dated:** New York, New York

       October 8, 2025

                                                              **TAMMI M. HELLWIG**

                                                                 **Clerk of Court**

                                        **BY:**      *K. Mango*

                                                                 **Deputy Clerk**