USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/28/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DANIELLE JOHNSON,**

                  **Plaintiff,**

 **-against-**

 **GRAPHITE SOLUTIONS INC.,**

                **Defendant.**

**1:25-cv-05978 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

On January 27, 2026, Plaintiff submitted an unopposed motion to amend the submission deadlines. ECF No. 20. Plaintiff's request is hereby **GRANTED**. Accordingly, Plaintiff's amended submission is due by **February 10, 2026** and Defendant's deadline to answer or otherwise respond to the amended complaint is **February 24, 2026.**

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 20.

**SO ORDERED.**

**Dated:**    **January 28, 2026**
            **New York, New York**

                          **ANDREW L. CARTER, JR.**
                          **United States District Judge**