USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/13/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **DANIELLE JOHNSON,** | |
| **Plaintiff,** | |
| -against- | **1:25-cv-05978 (ALC)** |
| **GRAPHITE SOLUTIONS INC.,** | **ORDER** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

On March 12, 2026, Plaintiff submitted a motion for an extension of time to consider whether further amendment of the complaint is appropriate given Defendant's indication to move to dismiss the complaint. *See* ECF No. 25. Defendant is **ORDERED** to respond, indicating its position on the request by **March 18, 2026.**

**Dated:**    **March 13, 2026**
         **New York, New York**

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**