USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/8/26 _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **DANIELLE JOHNSON,** | |
| **Plaintiff,** | **1:25-cv-05978 (ALC)** |
| -against- | **ORDER** |
| **GRAPHITE SOLUTIONS INC.,** | |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

On April 6, 2026, Defendant Graphite Solutions, Inc. filed a motion to dismiss Plaintiff's Second Amended Complaint and accompanying memorandum of law in support of its motion. *See* ECF Nos. 32-33. Defendant's motion is hereby **DENIED** without prejudice.

Pursuant to the Court's Individual Practices 2(A), a pre-motion conference is required before submitting a motion to dismiss. To arrange a pre-motion conference, the moving party should submit a letter, not to exceed 3 pages, setting forth the basis for the anticipated motion. After the filing of a pre-motion conference letter, the opposing party should submit a letter, also not to exceed 3 pages, setting forth its position within 3 business days.

Accordingly, Defendant's deadline to answer to otherwise respond to Plaintiff's Second Amended Complaint is hereby extended to **April 15, 2026.**

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 32.

**Dated:**   **April 8, 2026**
       **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**