**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DANIELLE JOHNSON,**<br><br>                    **Plaintiff,**<br><br> -against-<br><br> **GRAPHITE SOLUTIONS INC.,**<br><br>                    **Defendant.** | **1:25-cv-05978 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On April 15, 2026, Defendant submitted a letter motion for a conference in anticipation of

its motion to dismiss. *See* ECF No. 35. Per the Court's Individual Practices, Plaintiff is directed to

respond to the letter, indicating her position by **April 21, 2026.**

**SO ORDERED.**

**Dated:    April 16, 2026**
            **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**