**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIELLE JOHNSON, | |
| Plaintiff, | |
| -against- | **1:25-cv-05978 (ALC)** |
| GRAPHITE SOLUTIONS INC., | <u>ORDER</u> |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

On January 2, 2026, Plaintiff filed an opposed motion to reinstate service waiver, confirm service nunc pro tunc, and advice commencement of formal service. *See* ECF No. 14. Defendant is directed to respond to the motion, indicating its position by **April 23, 2026.**

**SO ORDERED.**

Dated:   **April 16, 2026**
         **New York, New York**

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**