**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DANIELLE JOHNSON,

                        **Plaintiff,**

 -against-

GRAPHITE SOLUTIONS INC.,

                       **Defendant.**

**1:25-cv-05978 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

On April 15, 2026, Defendant filed a letter motion for a pre-motion conference concerning an anticipated motion to dismiss. *See* ECF No. 35. On April 17, 2026, Plaintiff filed a response to this letter, requesting an opportunity to amend. *See* ECF No. 38. The Court hereby **GRANTS** Plaintiff an opportunity to amend her complaint. Plaintiff should file her amended complaint by **May 5, 2026.** If Defendant still intends to file a motion to dismiss, Defendant can file another pre-motion conference letter indicating such by **May 8, 2026.**

**SO ORDERED.**

**Dated:**    **April 21, 2026**
            **New York, New York**

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**