**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DANIELLE JOHNSON,

                              **Plaintiff,**

-against-

GRAPHITE SOLUTIONS INC.,

                              **Defendant.**

**1:25-cv-05978 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's telephonic conference, it is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The Court recommends Plaintiff, who is proceeding *pro se*, be appointed a pro bono attorney to assist in mediation. Further, the Parties are ordered to submit a joint status report by **August 5, 2026**, updating the Court on the status of mediation.

**SO ORDERED.**

Dated:    **May 27, 2026**
          **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**